THOMAS P. O'BRIEN
United States Attorney
CHRISTINE C. EWELL
Assistant United States Attorney
Chief, Criminal Division
CAMERON L. SCHROEDER (Cal. State Bar No.: pending)
Assistant United States Attorney
General Crimes Section
     1300 United States Courthouse          **FILED: 1/15/2008**
     312 North Spring Street
     Los Angeles, California 90012
     Telephone: (213) 894-0596
     Facsimile: (213) 894-7631
     E-mail: cameron.schroeder@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 07-1266-GHK |
| ) | |
| Plaintiff, ) | **[PROPOSED] FINDINGS AND ORDER REGARDING CONTINUANCE OF TRIAL DATE AND EXCLUDABLE TIME PERIODS UNDER THE SPEEDY TRIAL ACT** |
| ) | |
| v. ) | |
| ) | |
| ERICA LAVONNE BROWN, ) | |
| ) | |
| Defendant. ) | |

A status conference having been held on January 7, 2008, with all parties present and represented by counsel, and good cause appearing, the Court hereby finds:

1.   Defendant first appeared before a judicial officer in the Court in which this charge is pending on December 17, 2007. The Indictment in this case was filed November 14, 2007. The Speedy Trial Act of 1974, 18 U.S.C. § 3161 et seq. ("Speedy Trial Act"), originally required that the trial commence on or before February 25, 2008.

2.   On December 17, 2007, defendant was arraigned on the

Indictment, the case was assigned to this Court and a trial date of January 29, 2008, was set.

3. At the status conference on January 7, 2008, defense counsel represented to the Court that she desired additional time to review the discovery and prepare this case for trial, and that failure to grant a continuance would deny her the reasonable time necessary for effective preparation. Defense counsel noted in particular that discovery in this matter is voluminous, and that defendant has not yet had an opportunity to review it herself. Accordingly, defense counsel requested that the trial be continued. The government did not object to the requested continuance. The defendant knowingly and voluntarily waived her rights under the Speedy Trial Act and indicated on the record that she did not object to the continuance.

4. The Court granted defendant's request and vacated the trial date. The Court set a status conference for February 25, 2008.

5. Based on the above-stated findings, the ends of justice served by continuing the case outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

6. The time period of January 7, 2008 to February 25, 2008, inclusive, is excludable under 18 U.S.C. § 3161(h)(8)(A) and (B)(iv) because it results from a continuance granted by the Court at defendant's request, without government objection, on the basis of the Court's finding that: (i) the ends of justice served by taking such action outweigh the best interest of the public and defendant in a speedy trial; and (ii) failure to grant

2

1  such a continuance would deny defendant the reasonable time
2  necessary for effective preparation, taking into account the
3  exercise of due diligence, and would result in a miscarriage of
4  justice.
5      7.  Nothing in this Order shall preclude a finding that
6  other provisions of the Speedy Trial Act dictate that additional
7  time periods are excludable from the period within which trial
8  must commence.
9      THEREFORE, FOR GOOD CAUSE SHOWN:
10     IT IS HEREBY ORDERED that, for the reasons set forth above,
11 for the purpose of computing time under the Speedy Trial Act, 18
12 U.S.C. §§ 3161, et seq., within which trial must commence:
13     The time period from January 7, 2008 to February 25, 2008,
14 is deemed excludable pursuant to 18 U.S.C. §§ 3161(h)(8)(A),
15 3161(h)(8)(B)(i), and 3161(h)(8)(B)(iv).
16     IT IS FURTHER ORDERED that the trial date is vacated and a
17 Status Conference is set for February 25, 2008 at 3:30 p.m.
18 DATED this 15 day of January 2008.

                                    _____
                                    HONORABLE GEORGE H. KING
                                    UNITED STATES DISTRICT JUDGE

Presented by:

THOMAS P. O'BRIEN
United States Attorney

    /s/
CAMERON L. SCHROEDER
Assistant United States Attorney

Attorneys for Plaintiff
UNITED STATES OF AMERICA

3